UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPRESSOR ENGINEERING
CORPORATION,

    Plaintiff,                                        No. 10-10059

v.                                                 District Judge Paul D. Borman
                                                     Magistrate Judge R. Steven Whalen

CHARLES J. THOMAS, JR.,

    Defendant.
_____/

## ORDER

    For the reasons stated on the record on February 27, 2014, Defendant's Motion to Compel [Doc. #62] is DENIED.

    IT IS SO ORDERED.

Dated: February 27, 2014            s/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 27, 2014, electronically and/or by U.S. mail.

                                                                  s/Michael Williams
                                                                  Case Manager for the
                                                                  Honorable R. Steven Whalen