UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPRESSOR ENGINEERING
CORPORATION,

       Plaintiff,                            No. 10-10059

v.                                    District Judge Paul D. Borman
                                         Magistrate Judge R. Steven Whalen

CHARLES J. THOMAS, JR.,

       Defendant.
                                     /

## ORDER

      For the reasons and under the terms stated on the record on February 27, 2014, Defendant's Motion to Compel Discovery Responses to his Third Request for Production of Documents [Doc. #67] is GRANTED IN PART AND DENIED IN PART, as follows.

      The motion is GRANTED to the extent that Plaintiff will supplement its response to Request to Produce No. 10 and Request to Produce No. 12 by identifying with specificity all documents (a) that it intends to rely upon in its case-in-chief, and (b) were reviewed or relied upon by Plaintiff's expert witness. This includes specific documents that may be found among the other files on the computer hard drive and DVDs produced by Caroline Abraham.

      In all other respects, the motion is DENIED.

      IT IS SO ORDERED.

Dated: February 27, 2014                s/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 27, 2014, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable R. Steven Whalen
