UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPRESSOR ENGINEERING
CORPORATION,

    Plaintiff,

                                    Case number: 10-10059

v.                                      Paul D. Borman
                                      United States District Judge

CHARLES J. THOMAS, JR.,

    Defendant.
_____/

## ORDER SETTING DEADLINE

The parties having filed a Joint Notice of Settlement and the Plaintiff having withdrawn its motion for order approving class notice, the Court hereby sets the following deadline:

Date by which the parties shall file the Motion for Preliminary Approval, together with the Settlement Agreement and proposed notices: **August 31, 2017.**

IT IS SO ORDERED.

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: July 20, 2017

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 20, 2017.

                                         s/Deborah Tofil
                                         Case Manager