IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COMPRESSOR ENGINEERING CORPORATION, individually and as the representative of a class of similarly situated persons,<br>        Plaintiff,<br><br>v.<br><br>CHARLES J. THOMAS,<br>        Defendant. | No. 10 CV 10059<br><br>Honorable Paul D. Borman |

### PLAINTIFF'S AGREED MOTION TO EXTEND DEADLINE TO FILE PRELIMINARY APPROVAL MOTION

Plaintiff, Compressor Engineering Corporation ("Plaintiff"), by and through its attorneys, hereby requests the Court grant Plaintiff an extension of at least 21 days, or until September 22, 2017, to file its preliminary approval of revised settlement. In support thereof, Plaintiff submits the following:

1.    The Court set August 31, 2017, as the deadline to submit the Motion for Preliminary Approval of Class Settlement.

2.    The Parties have reached such a settlement and are working on documenting it.

3.    Parties believe that a final settlement is imminent, but requests an additional 21 extra days, or until September 22, 2017, to

1

finalize documents, obtain signatures and file a motion for preliminary approval.

    4.    Plaintiff contacted counsel for Defendants regarding this motion. Defendants' counsel states that they have no objection to Plaintiff's Motion to Extend Time to file its Motion for Preliminary Approval of Revised Settlement.

    5.    This Motion is not brought for the purpose of harassment or delay, and Defendants will be prejudiced by the granting of this motion.

WHEREFORE, Plaintiff respectfully requests the Court enter an order granting an extension of 21 days, or until September 22, 2017, for Plaintiff to files its Motion for Preliminary Approval of Settlement Agreement.

Dated: September 1, 2017            Respectfully submitted,

                                          <u>s/ David M. Oppenheim</u>
                                          One of the Attorneys for Plaintiff

                                          Phillip A. Bock
                                          Tod A. Lewis
                                          David M. Oppenheim
                                          Daniel J. Cohen
                                          BOCK, HATCH, LEWIS &
                                          OPPENHEIM,  LLC
                                          134 N. La Salle St., Suite 1000
                                          Chicago, IL 60602
                                          Phone: (312) 658-5500
                                          Fax: (312) 658-5555

                                          Jason J. Thompson (P47184)
                                          SOMMERS SCHWARTZ, P.C.
                                          2000 Town Center, Suite 900
                                          Southfield, MI   48075
                                          Telephone:  248-355-0300
                                          Fax:  248-436-8453
                                          jthompson@sommerspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, I caused a copy of the foregoing to be filed via the Court's ECF filing system, whereupon all counsel of record were served.

<span style="float:right">s/ David M. Oppenheim</span>