UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPRESSOR ENGINEERING
CORPORATION, individually and as
the representative of a class of similarly
situated persons,

        Plaintiff,
v.

CHARLES J. THOMAS, JR.,

        Defendant.
_____/

CIVIL NO. 10-CV-10059

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

ORDER SETTING STATUS CONFERENCE 10A.M. WEDNESDAY, OCTOBER 24, 2018 TO FURTHER DISCUSS THE PARTIES' "AGREED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS"

    Parties should be prepared to discuss, *inter alia*:

    1. Publication of Additional Notices to class members.

    2. Adjourning consideration of approval of the $750,000 (one-third) of the $2,250,000 Settlement fund plaintiff attorney fee request until after the class proof-of-claims forms are tabulated, and paid.

    3. The proposed $10,500 incentive award to the named Plaintiff Corporation, which is a more than 20 times of the award to other class members ($500).

    4. The "kicker" provision under which all funds/fees not awarded revert to Defendants.

1

5. The decision by Judge Sean Cox in *Machesney v. Lar-Bev of Howell, Inc., et.al.*, #10-10085, 2017 W.L. 2437202 (E.D.MI, June 6, 2017).

DATED: OCT 0 4 2018

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE